# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.: **18–19560 – MMH**   Chapter: **13**

**Linda P. Garrett,**
Debtor.

PLEASE TAKE NOTICE that a CONTINUED CONFIRMATION hearing will be held

at 101 W. Lombard Street, Courtroom 9–C, Baltimore, MD 21201

on 10/24/18 at 02:00 PM

to consider and act upon the following:

3 – Meeting of Creditors & Notice of Appointment of Trustee Robert S. Thomas, II with 341(a) meeting to be held on 08/30/2018 at 11:00 AM at 341 meeting room 2650 at 101 W. Lombard St., Baltimore. Proof of Claim due by 09/27/2018. Confirmation to be held on 09/26/2018 at 02:00 PM at Courtroom 9–C, Baltimore – Judge Harner. Objection to Confirmation due by 09/18/2018. Objection to Dischargeability of Certain Debts due by 10/29/2018.

Dated: 9/27/18

Mark A. Neal, Clerk of Court
by Deputy Clerk, Anna Marie Komisarek
410–962–2966

Form cnfhrgre (rev. 12/01/2003)